| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael F. Chekian, Esq. SBN 165026**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529   (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Christian F. Gadbois**<br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

    *SEE NEXT SIGNATURE PAGE

| Date: **January 7, 2019** | **Christian F. Gadbois** | /s/ Christian F. Gadbois |
|---|---|---|
| | Printed name of Debtor 1 | Signature of Debtor 1 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 1002-1.EMP.INCOME.DEC**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Michael F. Chekian, Esq.** SBN 165467
**11400 W. Olympic Blvd., #200**
**Los Angeles, CA 90064-1684**
**(Voice)** 310 390 5529   (Facsimile) 310 451 0739

**(email)** mike@cheklaw.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Christian F. Gadbois

CASE NO.:

CHAPTER: 13

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**
[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s)

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date) as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date (Check only ONE box below):

   ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: January 7, 2019       Christian F. Gadbois            /s/ Christian F. Gadbois
                             Printed name of Debtor 1        Signature of Debtor 1



4275 University Ave
Grand Forks    ND    58202-9023
Phone: (701) 777-4740 Ext

| Employee | ID | Pay Period From: 12/01/2018 to 12/15/2018 |
|---|---|---|
| Christian Gadbois | GADBC | |
| 22155 Canones Circle | | |
| Santa Clarita, CA 91350 | | |

| Check Date | Number | + Earnings | - Deductions | - Taxes | = Net Pay |
|---|---|---|---|---|---|
| 12/14/2018 | 68941 | 6,666.67 | 349.28 | 781.44 | **$5,535.95** |

| Earnings Code | Hourly Rate | Hours | Amount | Year to Date Hours | Year to Date Amount |
|---|---|---|---|---|---|
| Administrative Salaries | 76.92 | 0.00 | 6,666.67 | 24.00 | 15,179.42 |
| | | 0.00 | 6,666.67 | 24.00 | 15,179.42 |

| Deduction Code | Amount | Year to Date Amount |
|---|---|---|
| Dental | 15.95 | 15.95 |
| RETIREMENT - EMPLOYEE 5% | 333.33 | 758.97 |
| | 349.28 | 774.92 |

| Tax Code | ER Amount | Amount | Employer YTD Amount | Year to Date Amount | Year to Date Taxable Wages |
|---|---|---|---|---|---|
| Federal Withholding | 0.00 | 271.44 | 0.00 | 271.44 | 14,420.45 |
| Medicare | 96.67 | 96.67 | 220.10 | 220.10 | 15,179.42 |
| Social Security | 413.33 | 413.33 | 941.12 | 941.12 | 15,179.42 |
| | 510.00 | 781.44 | 1,161.22 | 1,432.66 | |

| Benefit Code | Employer Amount | Employer YTD Amt |
|---|---|---|
| RETIREMENT - UNDAF 12.5% | 833.33 | 1,897.42 |
| Dental | 57.25 | 57.25 |
| DISABILITY BENEFITS INSURAN | 30.13 | 68.61 |
| Health insurance | 1,168.31 | 1,168.31 |
| LIFE INSURANCE | 13.30 | 13.30 |
| | 2,102.32 | 3,204.89 |

| Deposit Type | Account | Amount |
|---|---|---|
| Checking | ******2982 | 5,535.95 |










 **UND Aerospace Foundation**

4275 University Ave
Grand Forks    ND    58202-9023
Phone:  (701) 777-4740 Ext

| **Employee** | **ID** | **Pay Period From:** 12/16/2018 **to** 12/31/2018 |
|---|---|---|
| Christian Gadbois | GADBC | |
| 22155 Canones Circle | | |
| Santa Clarita, CA 91350 | | |

| Check Date | Number | + Earnings | - Deductions | - Taxes | = Net Pay |
|---|---|---|---|---|---|
| 12/31/2018 | 69064 | 6,666.67 | 349.28 | 781.45 | **$5,535.94** |

| Earnings Code | Hourly Rate | Hours | Amount | Year to Date Hours | Year to Date Amount |
|---|---|---|---|---|---|
| Administrative Salaries | 76.92 | 0.00 | 6,666.67 | 24.00 | 21,846.09 |
| | | 0.00 | 6,666.67 | 24.00 | 21,846.09 |

| Deduction Code | Amount | Year to Date Amount |
|---|---|---|
| Dental | 15.95 | 31.90 |
| RETIREMENT - EMPLOYEE 5% | 333.33 | 1,092.30 |
| | 349.28 | 1,124.20 |

| Tax Code | ER Amount | Amount | Employer YTD Amount | Year to Date Amount | Year to Date Taxable Wages |
|---|---|---|---|---|---|
| Federal Withholding | 0.00 | 271.44 | 0.00 | 542.88 | 20,753.79 |
| Medicare | 96.67 | 96.67 | 316.77 | 316.77 | 21,846.09 |
| Social Security | 413.34 | 413.34 | 1,354.46 | 1,354.46 | 21,846.09 |
| | 510.01 | 781.45 | 1,671.23 | 2,214.11 | |

| Benefit Code | Employer Amount | Employer YTD Amt |
|---|---|---|
| RETIREMENT - UNDAF 12.5% | 833.33 | 2,730.75 |
| Dental | 0.00 | 57.25 |
| DISABILITY BENEFITS INSURAN | 30.13 | 98.74 |
| Health insurance | 0.00 | 1,168.31 |
| LIFE INSURANCE | 0.00 | 13.30 |
| | 863.46 | 4,068.35 |

| Deposit Type | Account | Amount |
|---|---|---|
| Checking | *******2982 | 5,535.94 |



November 7, 2018

Christian F.C. Gadbois
1105 Douglas Street
Bakersfield, CA 93308

Dear Chris:

We are pleased to offer you the position as Site Manager of the Tanajib Helicopter Training Site. The starting date is November 13, 2018.

*COMPENSATION:* The salary is $180,000, pay is $160,000 for Site Manager and a deferred salary of $20,000 at the completion of one (1) year of service.

*LEAVE/VACATION:* A work rotation of six (6) weeks on duty, and ten (10) days off. Coach travel up to $2,500 per ticket each off duty period, booked and paid by Aramco.

*HEALTH INSURANCE:* 100% paid family Blue Cross Blue Shield during contract, plus a supplemental international health insurance policy for you.

*RETIREMENT:* The retirement plan is with TIAA/CREF, with a contribution from the employer at 12.5% (equal to $22,500) and match by a pre-taxed contribution from you at 5% (equal to $9,000). Combined would equal $31,500 per year into your retirement plan.

The offer letter is not intended to constitute a continuous contract of employment, as we consider our employer/employee relationship to be "employment at will".

We look forward to you joining us and to all the positive contributions you will make to our organization.

Sincerely,

Gary A. Ebel
Senior HR Manager

**UND Aerospace Foundation**
Ryan Hall Room 211
4251 University Avenue Stop 9023
Grand Forks ND 58202-9023
701/777-4740 • FAX 701/777-6187