| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael F. Chekian, Esq. SBN 165026**<br>**Chekian Law Office, Inc.**<br>**11400 W. Olympic Blvd., #200**<br>**Los Angeles, CA 90064-1584**<br>**(Voice) 310 390 5529  (Facsimile) 310 451 0739**<br><br>**(email) mike@cheklaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**Christian F. Gadbois**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:19-bk-10187-VZ**<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1.  DEEDS OF TRUST [OR MORTGAGES]**<br>**2.  LEASES ON PERSONAL PROPERTY;**<br>**3.  PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*),  **Christian F. Gadbois**  , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on  **1/9/2019**  .

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     Page 1                           **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **Principal residence at 22155 Conones Circle, Santa Clarita, CA 91350** | Name of Creditor (*printed*): **Ditech Financial**<br>(*check one*)<br>☑ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): _ | $2,987 | 2/1/2019 | 2/9/2019 |
| **2010 Toyota Tundra** | Name of Creditor (*printed*): **S.F. Fire Credit Union**<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☑ Car loan<br>☐ Lease<br>☐ Other (*specify*): _ | $406.92 | 1/28/2019 | 1/28/2019 |
|  | Name of Creditor (*printed*):<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): _ |  |  |  |
|  | Name of Creditor (*printed*):<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): _ |  |  |  |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           Page 2                       **F 3015-1.4.DEC.PRECONF.PYMTS**

Case 2:19-bk-10187-VZ    Doc 20    Filed 02/13/19    Entered 02/13/19 22:09:22    Desc
Main Document    Page 3 of 6

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (printed): <br><br>(check one)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify): _ | | | |
| | Name of Creditor (printed): <br><br>(check one)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify): _ | | | |
| | Name of Creditor (printed): <br><br>(check one)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (specify): _ | | | |

6.  ☐ Continued on Attached Page.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  xxxxxxxxx 2/9 , 2019                          /s/ Christian F. Gadbois
                                                      Christian F. Gadbois
                                                      Debtor

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          Page 3                          F 3015-1.4.DEC.PRECONF.PYMTS

**SRT HELICOPTERS**
SPECIALIZED RESPONSE TRAINING
1105 DOUGLAS ST. #400
BAKERSFIELD, CA 93308
(661) 393-4567

CITIZENS BUSINESS BANK
3800 RIVERLAKES DR.
BAKERSFIELD, CA 93312
90-3414/1222

6125

2/9/19

PAY TO THE ORDER OF: Ditech Financial     $ 3100.00

Thirty One Hundred and 00/100 DOLLARS

VOID IF NOT CASHED IN 60 DAYS

MEMO: SCV House Ditech Acct xxxxxxxxxxx

AUTHORIZED SIGNATURE

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxx

---

SRT HELICOPTERS                                      6125

Ditech Financial                              2/9/19

                                              $3100.00

House Payment - SCV House



San Francisco Fire Credit Union [US] | https://olb.sffirecu.org/MyAccountsV2#account-3324ce8f-2cc9-4190-a775-6b0616a3c939

Accounts

DASHBOARD | ACCOUNTS | TRANSFERS | BILL PAY | APPLY FOR A LOAN | MORE...

All Accounts

| | |
|---|---|
| Checking (1 account) | $223.48 |
| CHECKING *9875S10 | $223.48 |
| Savings (2 accounts) | $126.92 |
| TIERED SAVINGS 9987555 | $52.71 |
| SAVINGS 99875S1 | $74.21 |
| Loans (1 account) | $9,409.59 |
| USED AUTO *9875L23 | $9,409.59 |

**USED AUTO**

Current Balance **$9,409.59**

Transactions | **Account Details** | Analytics | Documents

| | |
|---|---|
| NUMBER | 99875L23 |
| NICKNAME | USED AUTO |
| AMOUNT DUE | $406.92 |
| NEXT PAYMENT DUE | 02/28/2019 |
| PAST DUE AMOUNT | $0.00 |
| RATE | 5.790 % |
| PAYOFF AMOUNT | $9,449.89 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11400 W. Olympic Blvd., Ste. 200, Los Angeles, CA  90064-1584

A true and correct copy of the foregoing document entitled (*specify*):    Declaration Setting Forth Post Petition . . . Payments . . .
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  _2/13/2019_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian:  mike@cheklaw.com
Chapter 13 Nancy Curry:  trustee13la@aol.com
U.S. Trustee:  ustpregion16.la.ecf@usdoj.gov
Bank of America c/o Robert Zahradka:  caecf@tblaw.com
Citimortgage c/o Robert Zahradka:  caecf@tblaw.com
Courtesy NEF, PRA Receivables, Valerie Smith:  claims@recoverycorp.com
Courtesy NEF, Edward Treder:  cdcaecf@bdfgroup.com
Ditech Financial, Cassandra Richey:  cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2019 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**