| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq. SBN 165026<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>(Voice) 310 390 5529<br>(Facsimile) 310 451 0739<br>(email) mike@cheklaw.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor Mr. Gadbois | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>　　　Christian F.C. Gadbois<br><br>　　　　　　　　　　　　　　　　Debtor(s) | CASE NO.: 2:19-bk-10187-VZ<br>CHAPTER: 13<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B　　☐ Schedule C　　☐ Schedule D　　☐ Schedule E/F　　☐ Schedule G

☐ Schedule H　　☑ Schedule I　　☐ Schedule J　　☐ Schedule J-2　　☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)　　☐ Statement of Intentions　　☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:　February 9, 2020　　　　　　　　　　/s/ Christian F.C. Gadbois
　　　　　　　　　　　　　　　　　　　　　Christian F.C. Gadbois
　　　　　　　　　　　　　　　　　　　　　Debtor 1 Signature

　　　　　　　　　　　　　　　　　　　　　Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015　　　　　　　　　　Page 1　　　　　　　　　　F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case:

Debtor 1: **Christian F.C. Gadbois**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number: **2:19-bk-10187-VZ**
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                                                                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Saudi Site Manager/Chief Pilot | Subsitute Teacher |
| Employer's name | Univ. of North Dakota | William S. Hart Union H.S. District |
| Employer's address | 4275 University Ave.<br>Grand Forks, ND 58202 | 21380 Centre Pointe Parkway<br>(Also works for Castaic Union School District)<br>Santa Clarita, CA 91350 |
| How long employed there? | Since November 8, 2018 | 2018 - Present |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 13,334.00 | $ 431.25 |
| 3. **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | $ 13,334.00 | $ 431.25 |

Official Form 106I                                                       Schedule I: Your Income                                                                        page 1

Debtor 1  **Christian F.C. Gadbois**　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*  **2:19-bk-10187-VZ**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---:|---:|
|  | **Copy line 4 here** | 4. | $ 13,334.00 | $ 431.25 |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 1,563.00 | 6.24 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 666.00 | 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | 0.00 |
| 5e. | Insurance | 5e. $ | 32.00 | 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | 0.00 |
| 5h. | Other deductions. Specify: STRS Retirement | 5h.+ $ | 0.00 | + $ 44.19 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 2,261.00 | 50.43 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 11,073.00 | 380.82 |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | 0.00 |
| 8e. | **Social Security** | 8e. $ | 0.00 | 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 11,073.00 | + $ 380.82 = $ 11,453.82 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. +$ |  | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. $ |  | 11,453.82 Combined monthly income |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): Summary of Amended Schedules, Master Mailing List, and/or Statements [LBR 1007-1(c)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____February 13, 2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian: mike@cheklaw.com
Chapter 13 Trustee Nancy K. Curry: trustee13la@aol.com
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
ABS REO Trust VI c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, N.A. c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, NA c/o Robert P. Zahradka: caecf@tblaw.com
CitiMortgage, Inc. c/o Megan E. Lees: caecf@tblaw.com
CitiMortgage, Inc. c/o Robert P. Zahradka: caecf@tblaw.com
Courtesy NEF c/o Valerie Smith: claims@recoverycorp.com
Courtesy NEF c/o Edward A. Treder: cdcaecf@bdfgroup.com
Ditech Financial LLC c/o Cassandra J. Richey: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/13/2020 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**