Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorneys for Mr. Gadbois

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Christian Gadbois,<br><br><br><br><br><br>Debtor(s) | **Chapter 13**<br>**Case No.: 2:19-bk-10187-VZ**<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTIAN GADBOIS IN OBJECTION TO CLAIM NUMBER 13-1 OF NEW RESIDENTIAL MORTGAGE, LLC**<br><br>**Hearing:**<br>**Date: September 14, 2020**<br>**Time: 10:30 a.m.**<br>**Place: Courtroom 1368** |

**HON. VINCENT ZURZULO, CHAPTER 13 TRUSTEE, INTERESTED PARTIES AND NEW RESIDENTIAL MORTGAGE, LLC:**

Debtor Christian Gadbois ("Debtor") hereby submits the attached supplemental declaration and proof of a payment not reflected in the New Residential Mortgage, LLC payment history in its claim number 13-1.

Dated: July 13, 2020                                              /s/ Michael F. Chekian_____
                                                                            Michael F. Chekian
                                                                            Chekian Law Office
                                                                            Attorneys for Mr. Gadbois

1

## DECLARATION OF CHRISTIAN GADBOIS

I, Christian Gadbois, do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge and belief, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1. I am Christian Gadbois, the debtor ("Debtor") in this Chapter 13 bankruptcy filed on January 9, 2019.

2. I recently discovered proof that there is a $37,993.28 payment not reflected in the New Residential Mortgage LLC ("New Residential") payment history in its claim number 13-1.

3. New Residential is the current holder and/or servicer on the home loan on my principal residence ("Home Loan"). The prior mortgage holder and/or servicer on this Home Loan was Ditech Funding LLC ("Ditech").

4. During 2016, I applied for monetary assistance on the Home Loan through the program called Keep Your Home California ("KYHC"). After an arduous application process, I finally received funding credited to the Home Loan through KYHC. Ditech received a wire transfer disbursement of $37,998.28 on or about October 7, 2016, as reflected in the disbursement detail I received in or around May 2020, a true and correct copy of which is attached hereto as Exhibit A.

5. I do not believe the above referenced payment is credited anywhere in the bankruptcy claim of New Residential, which claim is not accurate. I am totally current on the Home Loan which is currently held and/or serviced by New Residential.

I do hereby declare under the penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 10th day of July, 2020, at  SANTA CLARITA CA.

Name: Christian Gadbois

## Disbursement Detail for Homeowner

| Prog | Inst Num | Disb Sub Type | Home-owner ID | Client Id | Trans ID | Client Prog Id | Homeowner Name | Servicer | Servicer Loan Number | Forcst Next Pmt Date | Disb Amount | Sched Disb Date | Disb Status | Date Funded | Wire ACH Number | Notes | Cred Chk | IRC 143 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MRAP | 1 | | 2580206 | 391937 | 745766 | 223104 | Christian Gadbois | Ditech Financial FKA GreenTree | 0003330768 | | $37,993.28 | 10/3/2016 | FUNDED | 10/7/2016 | 04300026/ 0099134 | | Yes | No |
| | 1 | | | | | | | | | | $37,993.28 | | | | | | | |
| Total: | 1 | | | | | | | | | | $37,993.28 | | | | | | | |

Run Date:    5/6/2020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL DECLARATION OF CHRISTIAN GADBOIS IN OBJECTION TO CLAIM NUMBER 13-1 OF NEW RESIDENTIAL MORTGAGE, LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____July 13,2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Creditors Adjustment Bureau, Kenneth Freed: KFREED@KJFESQ.COM
Attorney for Debtor Michael Chekian: mike@cheklaw.com
Chapter 13 Trustee Nancy K. Curry: trustee13la@aol.com
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
ABS REO Trust VI c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, N.A. c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, NA c/o Robert P. Zahradka: caecf@tblaw.com
CitiMortgage, Inc. c/o Megan E. Lees: caecf@tblaw.com
CitiMortgage, Inc. c/o Robert P. Zahradka: caecf@tblaw.com
Courtesy NEF c/o Valerie Smith: claims@recoverycorp.com
Courtesy NEF c/o Edward A. Treder: cdcaecf@bdfgroup.com
Ditech Financial LLC c/o Cassandra J. Richey: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____July 13, 2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

New Residential Mortgage LLC
c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
Attn: Peter Knapp
PO Box 10826
Greenville, South Carolina 29603-0826

New Residential mortgage LLC
Attn: Agent for Service of Process, C T Corporation System (C0168406)
818 W 7th Street, #930
Los Angeles, CA 90017

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| 07/13/2020 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**