| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq. SBN 165026<br>Chekian Law Office<br>445 South Figueroa St., 31st Floor<br>Los Angeles, CA 90071<br>Voice: (310) 390-5529<br>Facsimile: (310) 451-0739<br>Email: mike@cheklaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for Debtor* Mr. Gadbois

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
Christian F. C. Gadbois

CASE NO.: 2:19-bk-10187-VZ
CHAPTER: 13

**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

**Amended to correct the year of the Cessna airplane at part 2, 4.2 only**

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 12/13/2020

/s/ Christian Gadbois
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

Debtor 1: **Christian F. Gadbois**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 2:19-bk-10187-VZ

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1
**22155 Conones Circle**
Street address, if available, or other description

**Santa Clarita** **CA** **91350-0000**
City / State / ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Debtor's principal residence-payments are current**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $550,000.00
**Current value of the portion you own?** $550,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Joint with wife**

☐ Check if this is community property (see instructions)

Official Form 106A/B    Schedule A/B: Property    page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Christian F. Gadbois | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

**If you own or have more than one, list here:**

**1.2**

**2285 Posada Court**
Street address, if available, or other description

**Corona**   **CA**   **92879-0000**
City   State   ZIP Code

**Riverside**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**Income property-vacant and trying to sell.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$430,000.00**  **$430,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................=>**   **$980,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Toyota**
Model: **Tundra**
Year: **2010**
Approximate mileage: **200000**
Other information:
**In average condition. It has dent in left rear quarter panel.**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$10,000.00**  **$10,000.00**

**3.2**
Make: **Chevy**
Model: **Tahoe**
Year: **2001**
Approximate mileage: **300000**
Other information:
**In poor condition. Scraped front bumper.**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$500.00**  **$500.00**

| Debtor 1 | Christian F. Gadbois | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

| 3.3 | Make: | **Mitsubishi** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Lancer** | ■ Debtor 1 only | |
| | Year: | **2001** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Approximate mileage: | **150000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **In poor condition. Paint faded.** | | ☐ Check if this is community property *(see instructions)* | **$500.00**      **$500.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

| 4.1 | Make: | **Scweizer** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **300c** | ■ Debtor 1 only | |
| | Year: | **1980** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ Debtor 1 and Debtor 2 only | |
| | **1980 Scweizer 300c helocopter- non-operational (property of SRT, LLC)** | | ☐ At least one of the debtors and another ☐ Check if this is community property *(see instructions)* | **$20,000.00**      **$20,000.00** |

| 4.2 | Make: | **Cessna** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **172N** | ■ Debtor 1 only | |
| | Year: | **1973** | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | Other information: | | ☐ Debtor 1 and Debtor 2 only | |
| | **1973 Cessna 172N airplane** | | ☐ At least one of the debtors and another ☐ Check if this is community property *(see instructions)* | **$7,000.00**      **$7,000.00** |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$38,000.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | **Misc. Household Goods and Furnishings with no single item valued in excess of $600** | **$1,500.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | **Cell phones (2), TV (2); Laptop (2), Tablet (1), Xbox (1)** | **$1,650.00** |

| Debtor 1 | Christian F. Gadbois | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | 1 mountain bike:  $1,000<br>2nd mountain bike:  $1,500<br>2 BMX bikes:  worth $2,000 each<br>Wife's bike: $450 | $6,950.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Misc. wearing apparel and accessories with no single item valued in excess of $600.00 | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Gold wedding band and woman's wedding ring with 1/2 carat diamond | $1,500.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | 3 cats and 2 dogs- AKC registered German Shepherds | $0.00 |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................. | **$12,600.00**

| Part 4: | Describe Your Financial Assets |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

| Debtor 1 | **Christian F. Gadbois** | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................

|  |  |
|---|---|
| Cash | $100.00 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................  Institution name:

| | | | | |
|---|---|---|---|---|
| | 17.1. | **Savings** | **San Diego Fire Credit Union** | $5,000.00 |
| | 17.2. | **Checking** | **San Diego Fire Credit Union** | $4,230.00 |
| | 17.3. | **Business checking** | **Business Account SRT, Citizen Business Bank; containing proceeds from flood claim to be used to pay contractors** | $39,000.00 |
| | 17.4. | **Savings** | **Citibank** | $100.00 |
| | 17.5. | | **San Diego Fire Credit Union** | $1,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................  Institution or issuer name:

|  |  |
|---|---|
| **Harley Davidson stock worth $4000** | $4,000.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them....................
   Name of entity:    % of ownership:

| | | |
|---|---|---|
| **SRT, LLC. Assets include the separately listed helicoptor and a claim for $200,000 owed from U.S. government from Air Ambulance Company. Case has not been filed. No suit. Preparing to file. U.S. is not paying because the contract is protested.** | 100 % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No

| Debtor 1 | Christian F. Gadbois | | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|---|

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **CalPers and STRS** | **CalPers retirement owed to Debtor is $4,500 and STRS retirement of wife is $60,000** | $64,500.00 |
| **TIAA/CREF** | **TIAA/CREF retirement with Univ. of North Dakota** | $3,800.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    | **Educational IRA for benefit of children** | $1,700.00 |
    |---|---|

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes. Give specific information about them...

    | **Commercial Pilot certified through FAA** <br> **Certified Flight Instructor cert. through FAA** <br> **Califorinia State Marshall firefighter I, and II, company officer, reserve specialist** <br> **Comercial Driver's license state of CA** | $0.00 |
    |---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | **Needs to file 2017 and 2018-possible small refunds** | **Federal and state** | **Unknown** |
    |---|---|---|

Official Form 106A/B    Schedule A/B: Property    page 6

| Debtor 1 | Christian F. Gadbois | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

    | | |
    |---|---|
    | $20,000 deferred salary to be earned after 11/2019 if Debtor finishes 1 year contract in Saudi Arabia | Unknown |
    | Money owed by California Bank & Trust on closed account | $8,000.00 |
    | Claim for malpractice and fraud against Beverly Shaleneck for unconscionable fee-no suit filed yet | Unknown |
    | Claim for malpractice against VanderMay law firm-no suit filed yet | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | 2 term life insurance policies with no cash surrender value | Debtor's family | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | | |
    |---|---|
    | (1) Individual claim against SRT, Inc. for unpaid compensation, which is conditional upon payment to SRT from United States Government; face amount is $200,000; (2) Claim against California Bank and Trust; the bank wrongfully took a C.D. worth approximately $7,000.00 | Unknown |
    | California State Board of Equalization- Debtor claims that State Board misappropriated $9000 and he did not owe any money. Debtor is pursuing that claim through their appeal process. | $9,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

| Debtor 1 | Christian F. Gadbois | Case number *(if known)* | 2:19-bk-10187-VZ |
|---|---|---|---|

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................... **$140,430.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | **$980,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $38,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $12,600.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $140,430.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $191,030.00 | Copy personal property total $191,030.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$1,171,030.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):   SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____December 14, 2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian:  mike@cheklaw.com
Chapter 13 Trustee Nancy K. Curry:  trustee13la@aol.com
U.S. Trustee:  ustpregion16.la.ecf@usdoj.gov
ABS REO Trust VI c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, N.A. c/o Robert P. Zahradka: caecf@tblaw.com
Bank of America, NA c/o Robert P. Zahradka: caecf@tblaw.com
CitiMortgage, Inc. c/o Megan E. Lees: caecf@tblaw.com
CitiMortgage, Inc. c/o Robert P. Zahradka: caecf@tblaw.com
Courtesy NEF c/o Valerie Smith: claims@recoverycorp.com
Courtesy NEF c/o Edward A. Treder: cdcaecf@bdfgroup.com
Ditech Financial LLC c/o Cassandra J. Richey: cdcaecf@bdfgroup.com
Creditors Adjustment Bureau, Inc. c/o Kenneth J. Freed: KFREED@KJFESQ.COM
NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Kirsten Martinez: Kirsten.Martinez@bonialpc.com
NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Mukta Suri: Mukta.Suri@BonialPC.com
NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Austin P Nagel: melissa@apnagellaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____December 14, 2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

New Residential Mortgage LLC
NewRez LLC dba Shellpoint Mortgage Serv
PO BOX 10826
GREENVILLE, SC 29603

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __December 14, 2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/2020 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**